AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Lancelot Kollman, )
)
Plaintiff )
)
v. ) Civil Action No. 8:13-cv-00780-SDM-TGW
)
Thomas J. Vilsack, et al. )
)
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dr. Chester Gipson
U.S. Department of Agriculture
Animal and Plant Health Inspection Service
4700 River Road
Riverdale, MD 20737

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William J. Cook, Esquire
Barker, Rodems & Cook, P.A.
501 East Kennedy Boulevard, Suite 790
Tampa, Florida 33602
Phone: (813) 489-1001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: APR 15 2013

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Lancelot Kollman,<br><br>_Plaintiff_<br>v.<br>Thomas J. Vilsack, et al.<br><br>_Defendant_ | )<br>)<br>)<br>) Civil Action No. 8:13-cv-00780-SDM-TGW<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Thomas Vilsack
U.S. Department of Agriculture
1400 Independence Avenue, S.W.
Washington, D.C. 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William J. Cook, Esquire
Barker, Rodems & Cook, P.A.
501 East Kennedy Boulevard, Suite 790
Tampa, Florida  33602
Phone: (813) 489-1001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

APR 1 5 2013

Date: _____

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_